Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YEPES,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES, Warden,<br><br>　　　　　　Respondent. | Case No. CV 04-8675-FMC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 3/27/09

HONORABLE FLORENCE MARIE COOPER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge